UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV - 5 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUO LIANG YE,
DA JIN YE,
FENG YE, and
MARIA CRUZ-CORTES

Defendants.

No. S1-4:25-cr-00466-ZMB-JMB

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**(Conspiracy to Employ Illegal Aliens)**

1. From on or about May 3, 2025 and continuing through September 2, 2025 in the Eastern District of Missouri, and elsewhere, the defendants, **GUO LIANG YE, DA JIN YE, FENG YE, and MARIA CRUZ-CORTES**, did knowingly and willfully conspire with each other and with others known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly hire for employment illegal aliens, in violation of Title 8, United States Code Section 1324a(a)(1)(A).

**Object of the Conspiracy**

2. It was the object of the conspiracy that all or some of the co-conspirators, knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, would conceal, harbor and shield from detection, the aliens in buildings and other places and by means of transportation.

**Manner and Means of the Conspiracy**

3. It was part of the conspiracy that the defendants and other co-conspirators would hire aliens whom the defendants knew had entered or remained in the United States in violation of law and were not authorized to work in the United States.

4. It was further part of the conspiracy that the defendants and other co-conspirators would house such illegal alien employees in houses owned by the defendants and other co-conspirators.

5. It was further part of the conspiracy that the defendants and other co-conspirators would transport illegal aliens from their housing location to The Golden Apple Buffett for employment.

6. It was further part of the conspiracy that the defendants and other co-conspirators paid illegal alien employees in cash and by check.

7. It was further part of the conspiracy that the defendants and other co-conspirators provided fraudulent social security cards containing fraudulent social security numbers to illegal aliens.

8. It was further part of the conspiracy that the defendants and other co-conspirators provided fraudulent permanent resident cards containing fraudulent alien registration numbers to illegal aliens.

9. It was further part of the conspiracy that the defendants and other co-conspirators created fraudulent I-9 documents to bypass E-Verify, the web-based system that allows employers to confirm the eligibility of their employees to work in the United States.

## Overt Acts

10. In furtherance of the conspiracy, and to affect the object thereof, the following overt acts, among others, were committed:

A. From on or about May 3, 2025, and continuing until September 2, 2025, **GUO LIANG YE**, owned and managed the Golden Apple Buffett, located at 3801 Mexico Rd., Saint Charles, Missouri, at which illegal aliens were employed.

B. From on or about May 3, 2025, and continuing until September 2, 2025, Ye INVESTMENT I(II) LLC, was the owner of residences in Saint Charles, Missouri, that were occupied by illegal aliens who were employed at the Golden Apple Buffett. YE INVESTMENT I(II) LLC was created in February 2025 with **GUO LIANG YE** as the registered agent.

C. From on or about May 3, 2025, and continuing until September 2, 2025, **DA JIN YE**, provided transportation to/from residences housing illegal aliens from/to the Golden Apple Buffett.

D. From on or about May 3, 2025, and continuing until September 2, 2025, **DA JIN YE** used a 2015 White Ford van, licence plate ##Y5P, registered to **GUO LIANG YE** to transport the illegal aliens from the residences to the Golden Apple Buffett.

E. From on or about May 3, 2025, and continuing until September 2, 2025, **GUO LIANG YE** resided at and served as house manager at 213 Park Charles Blvd S, Saint Peters, Missouri, that was occupied by illegal aliens employed by the Golden Apple Buffett.

F. From on or about May 3, 2025, and continuing until September 2, 2025, **DA JIN YE** resided at and served as house manager at 103 Bruns Place Ct., Saint Peters, Missouri, that was occupied by illegal aliens employed by the Golden Apple Buffett.

G. From an unknown date, and continuing until present day, **GUO LIANG YE** was the account holder for the electrical utilities at 213 Park Charles Blvd S, Saint Peters, Missouri, with an associated phone number *1500.

H. From an unknown date, and continuing until present day, a co-conspirator was the account holder for the electrical utilities at 103 Bruns Place Ct., Saint Peters, Missouri, with an associated phone number *1500.

I. From an unknown date, and continuing until present day, the phone number *1500 has been associated with the Golden Apple Buffett.

J. From an unknown date and continuing until present day, the Golden Apple Buffett maintained a business checking account at Regions Bank and used this account to provide employment check payments to illegal aliens. These pay checks contained fraudulent social security numbers, some of which were provided by the defendants and co-conspirators to illegal aliens.

K. From an unknown date, and continuing until present day, **FENG YE** was an authorized signatory on the Golden Apple Buffett business checking account at Regions Bank, account #8247, at a time when illegal aliens were employed at the Golden Apple Buffett.

L. From on or about May 3, 2025, and continuing until September 2, 2025, **FENG YE** organized and secured the procurement of false and fraudulent documents to be given to illegal aliens for their employment at the Golden Apple Buffett.

M. From on or about May 3, 2025, and continuing until September 2, 2025, **MARIA CRUZ-CORTES** organized and secured the procurement of false and fraudulent documents to be given to illegal aliens for their employment at the Golden Apple Buffett.

N. On September 2, 2025, search warrants were executed at the Golden Apple Buffett, 213 Park Charles Blvd S, Saint Peters, Missouri and 103 Bruns Place Ct., Saint Peters, Missouri, wherein thirty-seven (37) illegal alien workers were identified and arrested by federal agents to include **FENG YE**.

All in violation of Title 18, United States Code, Section 371.

**COUNTS 2-4**
**(Hiring Illegal Aliens)**

The Grand Jury further charges that:

11. Beginning on or about May 3, 2025, and continuing through on or about September 2, 2025, in the Eastern District of Missouri, and elsewhere, the defendants, **GUO LIANG YE, FENG YE, and MARIA CRUZ-CORTES**, aided and abetted by each other and others known and unknown, did knowing, intentionally and in reckless disregard engage in a practice and pattern of hiring for employment in the United States the below named aliens, knowing the aliens were not authorized to work in the United States, to wit:

| Count | Alien | Origin Country |
|---|---|---|
| 2 | J.C.C. | Mexico |
| 3 | S.M.C. | Mexico |
| 4 | H.X.M. | Guatemala |

All in violation of Title 8, United States Code, Sections 1324a(a)(1)(A) and (f)(1), and Title 18, United States Code, Section 2.

**COUNT 5**
**(Conspiracy to Harbor Illegal Aliens)**

The Grand Jury further charges that:

12. Paragraphs 1 through 10 are incorporated by reference as if fully set forth herein.

13. Beginning on or about May 3, 2025, and continuing through on or about September 2, 2025 in the Eastern District of Missouri, and elsewhere, the defendants, **GUO LIANG YE** and **DA JIN YE**, knowingly and in reckless disregard of the fact that an alien had come to, entered and remained in the United States in violation of law, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to harbor aliens, within the United States, for the purpose of commercial advantage and private financial gain, contrary to Title 8, United States Code, Section 1324(a)(1)(A)(iii).

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

**<u>COUNTS 6 & 7</u>**
**(Harboring Illegal Aliens)**

The Grand Jury further charges that:

14. Beginning on or about May 3, 2025, and continuing through on or about September 2, 2025, in the Eastern District of Missouri, and elsewhere, the defendant, **GUO LIANG YE**, aiding and abetting others, knowing and in reckless disregard of the fact that an alien, namely, one of the persons listed below, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection such alien for the purpose of commercial advantage and private financial gain, to wit:

| Count | Alien | Residence |
|---|---|---|
| 6 | R.J.R. | 103 Bruns Place Ct. |
| 7 | H.X.M. | 103 Bruns Place Ct. |

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

**<u>COUNTS 8 & 9</u>**
**(Harboring Illegal Aliens)**

The Grand Jury further charges that:

15. Beginning on or about May 3, 2025, and continuing through on or about September 2, 2025, in the Eastern District of Missouri, and elsewhere, the defendant, **DA JIN YE**, aiding and abetting others, knowing and in reckless disregard of the fact that an alien, namely, one of the persons listed below, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection such alien for the purpose of commercial advantage and private financial gain, to wit:

| Count | Alien | Residence |
|---|---|---|
| 8 | B.C.G. | 213 Park Charles Blvd. S. |
| 9 | J.C.C. | 213 Park Charles Blvd. S. |

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

**COUNT 10**
**(Conspiracy to Transport Illegal Aliens)**

The Grand Jury further charges that:

16. Paragraphs 1 through 10 are incorporated by reference as if fully set forth herein.

17. Beginning on or about May 3, 2025, and continuing through on or about September 2, 2025, in the Eastern District of Missouri, and elsewhere, the defendants, **GUO LIANG YE**, and **DA JIN YE**, knowingly and in reckless disregard of the fact that an alien had come to, entered and remained in the United States in violation of law, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to transport aliens, within the United States, for the purpose of commercial advantage and private financial gain, contrary to Title 8, United States Code, Section 1324(a)(1)(A)(ii).

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

**COUNTS 11 & 12**
**(Transportation of Aliens)**

The Grand Jury further charges that:

18. Beginning on or about May 3, 2025, and continuing through on or about September 2, 2025, in the Eastern District of Missouri, and elsewhere, the defendant **DA JIN YE**, aiding and abetting others, knowing and in reckless disregard of the fact that an alien, namely one of the persons listed below, had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move such alien in furtherance of such violation of law within the United States, by means of a motor vehicle for the purpose of commercial advantage and private financial gain, to wit:

| Count | Alien |
|---|---|
| 11 | B.C.G. |
| 12 | J.C.C. |

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), and Title 18, United States Code Section 2.

**COUNT 13**
**(Conspiracy to Commit Identification Document Fraud)**

The Grand Jury further charges that:

19. Paragraphs 1 through 10 are incorporated by reference as if fully set forth herein.

20. From on or about May 3, 2025, through on our about September 2, 2025, in the Eastern District of Missouri, and elsewhere, the defendants, **GUO LIANG YE, FENG YE, and MARIA CRUZ-CORTES**, did knowingly and intentionally combine, conspire, confederate, and

agree with each other and with other persons, both known and unknown to the grand jury, to produce and transfer one or more false identification documents which appeared to be issued by and under the authority of the United States, that is, a work permit, permanent residence card, and a social security card, knowing that such documents were produced without lawful authority, contrary to Title 18, United States Code, Sections 1028(a)(1), 1028(a)(2), and 1028(b)(1)(A).

All in violation of Title 18, United States Code, Section 1028(f).

## COUNT 14
**(Unlawful Transfer of False Identification Document)**

The Grand Jury further charges that:

21. Beginning on or about May 3, 2025 and continuing through on or about September 2, 2025, in the Eastern District of Missouri, and elsewhere, the defendants **FENG YE** and **MARIA CRUZ-CORTES**, aiding and abetting each other and others, both known and unknown to the grand jury, did knowingly transfer false identification documents, namely, a work permit, a permanent residence card, and a social security card, knowing that such documents were produced without lawful authority; and the false identification documents appeared to have been issued by and under authority of the United States.

In violation of Title 18, United States Code, Sections 1028(a)(2), (b)(1)(A)(i) and 2.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 371 as set forth in Count 1, the defendants shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

2. Pursuant to Title 8, United States Code, Section 1324(b)(1), Title 18, United States Code, Section 982(a)(6)(A), and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i), as set forth in Counts 6 through 12, the defendants shall forfeit to the United States of America the following:

a. Any conveyance, including any vessel, vehicle, or aircraft, that has been or is being used in the commission of such violation(s), the gross proceeds of such violation(s), and any property traceable to such conveyance or proceeds.

b. Any property real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation(s); or that is used to facilitate, or is intended to be used to facilitate, the commission of such violation(s).

3. Pursuant to Title 18, United States Code, Sections 982(a)(2)(b) and 1028(b), upon conviction of an offense in violation of Title 18, United States Code, Sections 1028(a), 1028(b)(1)(A)(i), and 1028(f) as set forth in Counts 13 and 14, the defendants shall forfeit to the United States of America any property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of such violation(s) and any personal property used or intended to be used to commit said violation(s).

4. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to the violations set forth in Counts one and six through fourteen.

5. Specific property subject to forfeiture includes, but is not limited to, the following:

a. approximately $12,357.00 U.S. Currency;

b. approximately $11,900.00 U.S. Currency;

c. approximately $80,021.00 U.S. Currency;

d. real property located at 103 Bruns Place Ct., Saint Peters, Missouri, 63376; and

e. real property located at 213 Park Charles Blvd. S., Saint Peters, Missouri, 63376.

6. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

____________________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

____________________________________
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney